JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED JACK CRUGNALE,<br>Plaintiff,<br>v.<br>FRANK J. BISIGNANO,<br>Defendant. | Case No. 2:26-cv-04532-FLA (ACCV)<br><br>**JUDGMENT [DKT. 10]** |

On September 23, 2026, the parties filed a Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation"). Dkt. 10.

The court, having approved the parties' Stipulation, hereby ORDERS, ADJUDGES, AND DECREES the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation.

IT IS SO ORDERED.

Dated: September 29, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge